IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIMOTHY FOSTER, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-2393 |
| | § § | |
| JON N. STRANGE, *et al.*, | § § | |
| Defendants | § | |

## ORDER

The parties have filed a settlement under seal. There is no showing of good cause to maintain the settlement under seal. Nor is there a showing as to the necessity of filing the settlement. No later than October 4, 2010, the parties must either withdraw the filing of the settlement and explain why court approval is not required, show good cause for maintaining it under seal, or the seal will be lifted.

SIGNED on September 20, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge